**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

OSCIELENA STOKES

PLAINTIFF

V.   NO. 3:99CV00214 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration   DEFENDANT

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE.

Dated this 24th day of June, 2010.

_____
UNITED STATES MAGISTRATE JUDGE